a certificate of service is:

AKALA LAMONE MOTON /P01103925
Full Name/Prisoner Number

6621 E. 69th Ave

Commerce City, Co. 80022
Complete Mailing Address

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2017

JEFFREY P. COLWELL
CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-02284
(To be supplied by the Court)

Jefferson County Court, 100 Jefferson County Parkway Golden, Colorado 80402 , Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use *et al*.)

v.

AKALA LAMONE MOTON /P01103925/ P.O. Box 16700 Golden, Colorado 80402 , Defendant(s).
(Do not use *et al*.)

### PRISONER'S CIVIL RIGHTS COMPLAINT

#### A. PARTIES

Form #28 - b    3

1. _AKALA LAMONE MOTON_ is a citizen of _Colorado_ who
   (Plaintiff)                                                (State)
   presently resides at _P.O. Box 16700 Golden, CO. 80402_
   (Mailing address or place of confinement)

2. Defendant _AKALA LAMONE MOTON_ is a citizen of _Colorado_
   (Name of first defendant)                                  (State)

   whose address is _P.O. Box 16700 Golden, CO 80462_,

   and who is employed as _N/A_. At the time claim(s)
   (Title and place of employment)

   OFFICE OF ATTORNEY GENERAL
   STATE OF COLORADO
   1525 SHERMAN STREET – 5TH FLOOR
   DENVER, CO 80203

   RE: STATUTORY NOTICE OF INTENT PURSUANT TO C.R.S 24-10-109. PURSUANT TO STATUE, I HEREBY TENDER MY NOTICE OF INTENT TO BRING LEGAL ACTION IN THE FOLLOWING COURT:

   _Jefferson Combined Court, State of_
   _Colorado 100 Jefferson County Pkwy,_
   _Golden, CO. 80401_

1. MY FULL NAME AND ADRESS IS:

   _Akala Lamone Moton_

   _P.O. Box 16700_

   _Golden, Colorado, 80402_

2. I AM NOT REPRESENTED BY AN ATTORNEY AT THIS TIME. IN THE EVENT COUNSEL IS RETAINED, YOU WILL BE SO INFORMED.

3. THE BASIS OF MY COMPLAINT IS AS FOLLOWS.

Form #28 - b                              4

(A) Falsified information Nov. 2016/April 2017. (B) Parole hold violating Due process/Right to bail out (C) No Physical evidence (D) Selective Prosecution/other accused of same not arrested. (E) Inadequate Defense (F) Medical Discrimination while incarcerated. (G) Inhumane conditions (H) Undue hardship (I) False imprisonment (J) Pain and suffering mentally (K) Racism (L) Legal (Harassment) meal tampering (See attached 15 pages) Front and Back

4. THE NAMED PERSONS/ DEFENDANTS IN THIS ACTION WILL BE:

A. AKALA LAMONE MOTON     B. _____

C. _____  D. _____

5. THE NATURE AND EXTENT OF THE DAMAGES I HAVE SUFFERED AS A RESULT OF THE DELIBERATE INDIFFERENCE TO THIS ARE AS FOLLOWS:

Form #28 - b                       5

(A) My name is AKALA Lamone MOTON. I am incarcerated at Jefferson County jail. In November of 2016 I was accused of misdemeanor assault. Terri Gallegos withdrew the false complaint and stated to authorities that she was lying about the accusation. The charges were dropped and I was released.

April 2017 I am accused of Harrasment and domestic violence theft. I had stopped communicating with MS Gallegos around April Seventh or eighth. Her complaint was alledgedly reported on the eleventh or twelfth of April. The charges filed around the eighteenth. This caused a parole hold on me.

Terri Gallegos has several reports of her debit/credit cards getting stolen. She had reports in 2016, early 2017, and now on me. At arraignment and advisement the prosecutor stated for movement forward in proceedings that this case was a continuation of the dismissed case in 2016 because he says Terri "was lying" to drop the charges on last case.

There is no physical evidence, the times alledged crimes committed was around 1:00 am report at 5:00am, and no credit or debit card numbers that were alledgedly stolen. MS. Gallegos is also currently suing her ex-landlord for the same type of accusations and more. She alledges ex-landlord had bugged her apartment, filmed her coming and going, hacking her phones, stealing her identity, and stealing her credit/debit card accounts.

The landlord stuff was 2016. Alledgedly the police did remove cameras from the apartment. Her and I were supposedly filmed having sex in the bedroom, showering, and her son filmed in his bedroom smoking weed. Ex-landlord has also given MS. Gallegos several fake eviction notices.

I am falsely being accused of domestic violence theft, and harassment. MS. Gallegos has received help and services from victim advocates, the-

Form #28-b cont...                    1

...Coalition for the homeless, social services, food stamp offices and many others for accusations on landlord. Even got out of eviction but the landlord has never been charged with any crimes. I was arrested in 2016 and in jail currently on hearsay and accusations with no physical evidence whatsoever.

I became a threat to Ms. Gallegos, i'm assuming, when I started unraveling her web of lies or exagerations and manipulations. She was and is making false allegations and statements to Police departments, my family, and her family. I was questioning why ex-landlord wasn't getting arrested for some serious crimes. I had begun questioning these fascinating stories so dramatic they could have come right out of a crime drama film.

I figured out the phones were not hacked, her son was selling weed out the previous apartment. Her family wanted her to go back to Florida to continue her mental health treatment for suicide and drug use and I agreed. The ex-landlord just wanted his remaining deposit owed to him, rent, and her son's traffic to stop. The landlord was harassing Ms. Gallegos, filming us coming and going, entering her apartment when she was home or wasn't. That is true. A bit of the rest I believe are exagerated for sympathy from ~~that~~ ~~her~~, her family feel for and my family too. I had told Ms. Gallegos I wasn't gonna move in with her and that I was going to pursue my own civil suit against ex-landlord for invading my privacy. I told her that her lies or exagerations will jeapardize her case. Now im in jail. Ms. Gallegos has been reporting debit cards of credit cards stolen before I came into the picture in 2016 and before that.

I am accused of harassment, domestic violence, theft which caused a parole hold. I can not get out to work and afford a real lawyer.

(B) Due process is an important source of criminal trial rights, supplementing the rights provided in several other relevant constitution provisions. Defendants are supposed to be presumed to be innocent, they dont have to prove their own innocense. The courts must prove them guilty ("beyond reasonable doubt"). This obvious protection is among the most important gaurantees the constitution offers to a defendant. It 'significantly' affects a wide range of practical realities facing the prosecution and the defense. The most important requirements from due process is the highly-defendant-protective standard of proof for criminal guilt, "proof beyond a reason-

... able doubt". When these provisions specifically address criminal trial rights, such as the Sixth amendment right to counsel, due process and basic concepts of fairness flowing from these rights have influenced court decisions defining those Constitution provisions.

Reasonable bail was set for the two misdemeanors but the parole hold is pre-emptive or an expedient end to my freedom liberty and punishment before proven guilty or innocent. It is unfairly to ones advantage, "the prosecutor". It leaves me with a conflict of interest by having counsel that works for the state or court that is prosecuting me.

It appears to be an instrument to involve or indicate by inference, as association or consequence, implied conflict in favor of the state prosecutors by creating a "civil or criminal sanction". A measure (as a threat) designed to enforce a standard on a defendant. Laws conflicting with laws. This conflict upsets the balance of Liberty and Justice.

I do understand the national governments interest is especially dominant but with the right to reasonable bail, wouldn't we need uniformity with parole laws and standards with state and county? Doesn't these conflicts of interest violate or eliminate the innocent until proven guilty clause by jailing or punishing a defendant before a conviction? It Appears unconstitutional. I see room for supplement.

The Constitution framers was trying to keep courts within their intended bounds. Parole holds without convictions are out of bounds. No one is above the Supreme law of the land. Any laws repugnant to national Constitution are not law and are to be considered null and void as if they never existed from what I read. Oaths are being violated to uphold the constitution.

The failing experiment with parole holds for accused crimes that are crowding our city and state jails can be dropped and successful innovations can spread to other states and eventually to the nation as a whole. Quote: "To let states serve as 'laboratories of federalism'". Justice Brandeis 1932.

(C) In statement, law enforcement have failed to state their strong suspicion that a crime was committed and that I committed it.

Form #28-b cont...      3

There are no specific facts in the statement about why they believe I committed these crimes. In other words "Relevant evidence". Rule 401, Colorado rules of criminal procedure means any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. (Federal rule identical).

Testimony by police officers that witness seemed sincere was improper. People v. Hall 107 P. 3d 1073 (Co. App. 2004)

Where defendant attacks victims credibility, testimony regarding victim truthfullness is admissable. People vs. Exline 775 P. 2d 48 (Colo. App.) 985 F. 2d. 487. Rule 16 Discovery and Procedure before trial.

(D) There is an ongoing pattern of behavior by Jefferson County courts with authority to bind their agency to strict rules of due process and probable cause or evidence hearings that are causing liberties and properties to be lost as well as tax payers dollars to false reports and or frivolous information of those individuals making a mockery of our courts and justice system. Our system is being used as a weapon against others in some cases. I was falsly accused by same Ms. Gallegos in 2016 and released by her ability to do what she will with hearsay and with the power of our authorities that comply with repeat behaviors. Routine Practices.

There is over 5000$ of reported stolen funds by Ms. Gallegos on her netspend debit accounts. The reports to police are in Lakewood too. Fraud is taking place and innocent people are paying the price along with tax payers.

Ex-landlord has yet to be charged by Jeffco for anything and there is credible suspicion he has committed serious crimes, probable cause, physical evidence, harassment, and enough to arrest clearly. This is a case of selective prosecution.

At arraignment for my charges when courts moved forward for trial for these charges, prosecutor stated Ms. Gallegos was on-board for trial and trial date was set. "Were they lying?" type questions are categorically improper. Witnesses are prohibited from commenting on the veracity of another witness because such opinions like the prosecutors "She was lying", are prejudicial,

Form #28-b cont...                    4

...argumentive, and ultimately invade the province of the fact finder. Such concerns outweigh any potential or supposed probative value elicited by the question. Liggett v. People.

There wasn't evidence or probable cause to move forward for trial. No pre-trial conference, or evidence hearing either. All hearsay appears to be bias, or opinionated motions forward. Evidence of routine practice. The trial court has the discretion to exclude evidence of a routine practice if its probative value is substantially outweighed by the danger of unfair prejudice. Bloskas v. Murray.

(E) On day one, arraignment I gave public defender eleven people to subpoena. I have been incarcerated five months now on this second arrest, continued twice and not one witness interviewed, or investigated. The Public defenders office didn't get a pre-trial conference date correct. I noticed that these courts are doing this with all the inmates incarcerated here. They are maximizing speedy trial time especially inmates with parole holds. It seems to be routine practice. Right from the beginning we stand with inadequate Counsel or incompetence. A trial had been set for 6/26/2017. I was escorted in cuffs, not dressed out even though my sizes were taken for clothes. They said we would be moving for continuance because they messed up and said that was supposed to be a pre-trial conference and not trial date. No offers, No discussion of evidence etc. They also claimed there was a witness conflict, (officer couldn't be there) that took report.

Another trial date was set for 8/28/2017. My Public defender had not done any work, located witness, or investigated anyone. She shows up a week before trial and says we don't need the witness I told her to subpoena. She tells me there's no evidence, Terri is lying, and we can win this case easy. I went with it and a week later I'm escorted back to court and not dressed out again. Enter the courtroom just to be told they are continuing to another date because they have too many trials that day.

The eleven witness' are her family and peers that can be cross examined and certain questions asked will prove my innocence especially Ms. Gallego's father and daughter. The Ace Check Cashing Net spend accounts will prove all the reports of stolen debit cards or funds. These people are honest people. Her daughter is an DOC employee. New

Form #28-b cont...                    5 .

Trial date is set for 10/11/2017 at 8:00 Am. It will be six months I've been incarcerated and the max on speedy trial time and the max or time I could only get for charges is six months if I was convicted. In total with 2016 arrest and 2017, I will have done about nine month in jail due to false allegations, no evidence, hearsay, selective prosecution, and incompetence. Another witness is a Arapahoe County Sherriff that cleared me by investigating the same kind of accusations at her daughters home that were not true and I was free to go. On the spot caught her lying. Even her family will testify to her pattern of behaviors and manipulations. She has pulled it on each one of them and ill save that info of questioning for my future attorney like a lot of information I have reserved to prove my case to the courts in person and in cross examination. Credibility stands in favor of truth on my behalf.

This public defenders office and all attorneys or other partys of witness list I provided, has a duty as does the court to disclose to all other party's of the case, prosecution or defense, this list of witness. I provided this list of witness on advisement date. There has been plenty of time for investigation and subpoenas. I can not receive a fair trial. The courts have wasted speedy trial time and im not an attorney so didn't know how to motion or move. I also informed public defender of Ms. Gallegos using the last name Trujillo. Her name is Terri Gallegos. Its so obvious shes playing with the system making a mockery of it while I sleep next to a toilet. I noticed all this info on advisement date, (beginning), so I know it was done in timely fashion. Courts have had months to investigate.

A defendant is entitled to present evidence creating doubt as to guilt. A defendant can present all reasonable opportunities to present evidence which might tend to create a doubt as to his guilt. (Like as in I stated from beginning, that even the last name she is using, is a deception. (People vs Bueno) 626 p. 2d. 1167 (Colo. App. 1981)

I must preserve my reputation of "not being a thief." I don't steal! Domestic violence theft is injury to my good name. This charge is accompanied by a "significant alteration" in my legal status or employability. My employment prospects and history of employment

Form#28-b cont... 6

...have all been in trust of money, credit cards, accounts and balances, and basically a lot of peoples sensitive information. I have never stolen anything, Ever! This charge will cause impairment of my good name and will "seriously" impair my odds of earning a living. Public defenders office just act like pleading guilty and its all done is ok. Only if your guilty. I know they seem to be minor charges but they are not when you are in jail for months, lose your truck, job, clothes, kids pictures, and livelyhood. I would have plead guilty to these little charges if I was guilty. I would probably be free already but I am not a thief and I didn't do anything to Ms. Gallegos but leave her. Both arrests were because I left her. The first time I believed her and tried again. The second, her lies revealed themselves. "Fool me once shame on you. Fool me twice shame on me". I'm not going for three.

(F) I have humane rights, even as a prisoner, to not have to sleep in Fecies and urinated area. My medical condition requires I have to be housed with another inmate. That left me on the floor next to the toilet for five months. I was housed with an obsessive compulsive disorder person that stepped over my bed two hundred times a day, would freek out if you use the trash can, napkins, or leave water in the sink. He would scrub the entire cell top to bottom every morning dripping cleaning water all over my bed just to go out into the dayroom, wash the showers and remove hair and soap from showers with his bare hands and contaminate the cell. I've been sick for three month with a cough, congestion, and headaches. I have had four other cellies in the time here, all peeing and crapping by my head. I have been constantly at ground zero with human excrements. This jail stays overcrowded. Two men in one man cells. Mostly parole holds. I had found no remedy to sleeping on floor next to toilet til recently. For four months, my complaints fell on deaf ears. I tried everything to get off floor. I even tried to get work pods worst jobs they had to be in sanitary conditions. It is unsanitary and a major health risk to be in bed with a toilet. This has been undue hardship. It is knowingly or unknowingly discriminating to the medically challenged to be subject to unsanitary conditions because of lack of room in an overcrowded jail. Most of the overcrowding is due to continuances of courts and parole holds. This has been a painful, stressful, hard time for me. I stay slightly dehydrated.

... because of fear of drinking from the only source of water, the toilet sinks that are saturated from years of fecies and urine bacterium in the cells too. If I could have been in work pod, then water source is from a sink without toilet attached to it. It takes days and i've seen it take a week for medical kites to get answered. We get one six ounce cup of beverage each meal which I depend on because I refuse to drink from the toilet sinks. The sheriffs wont do it either! If you are indigent and get a headache, you will be charged for medical kite and receive aspirin well after head ache passed. Pointless! If you have money, you can buy aspirin. Medical discriminations all day in here.

I know its jail. That doesn't make it OK to sleep directly on ground zero of human excrement because I have to be housed with another person due to medical issue. I constantly clean pubic hair off my sheets and wool blanket. The mattresses and boat they go on are plastic. They build static and attract the hair on floor.

Just because we are prisoners or inmates, defendants, the accused, homeless, poor, indigent, etc., we still deserve the equal qualities that constitute what is correct, just proper, or honorable. We are still fathers, brothers, uncles, aunts, mothers, patriots, individuals, or in one word, "Americans!"

We have right to be relieved of wrongs, not having to sleep in fecies or urine, able to bail out of jail, work, counsel, fairness, freedoms from tyrannies, fight enemies foreign or domestic, and Justice. Not "Just us", as I heard a prosecutor say before. Our workers employed by the state in here wear rubber gloves for everything they do. They use clean restrooms. All of us deserve that kind of standard and protection in our powerful great country.

(6) The 2016 arrest, I was locked up in maximum security for about two months. At present I was in maximum for about four months and now in medium which is no different then maximum. Lockdown in the cells for 76% of the time. Two men at all times in one man cells.

. I have to pickup my mattress whenever celly needs to releive

Form#28-b cont...      8

(6)...himself or I got to go. If you don't pick up items the splash back or toilet misses contaminate your things. I keep making a paper lid for my item box to keep urine splash out of it but the deputies keep taking the lid from me. I don't see a security risk from a paper lid to cover my items from human excrement. This is an unsanitary condition and a humane health department issue. I have written to ACLU and health department about these conditions.

Imagine how fast tubercle baccillus - the bacterium that is the cause of tuberculosis - a highly communicable bacterial disease that effects "especially" the lungs marked by fevers, cough, difficulty in breathing, and the forming of tubercles - small knobby prominence or outgrowth on the skin, could spread. It has a high death rate in the past. Even worse, in our times of terror and war, a biological attack on our nation, that can be done and spread like tuberculosis, contracted by air, or dermally, and we got men sleeping next to toilets. By the time these nurses answer kites and confirm there is an infection in crowded jails like this one, it will have already spread prisoner to prisoner, onto escorting staff, or employees of county, right into the public arena via our court rooms to all the way home, onto our fellow Americans. We are all in imminent danger because policy and greed creating unsanitary, unsafe conditions like one man cells with two men in them, no gloves, no speedy health responses, and one man per cell sleeping with a toilet. Hepatitus is everywhere in here.

Hepatitus is highly contagious and is spread person to person dermally or by exposure to infected persons excrements. A lot of inmates are positive for Hep. A, B, and C. We eat five days a week in these cells. Many drug addicts or professional inmates do not care about others welfare and urinate on floors, walls, sinks, and showers.

Everyone has cleaned a bathroom before. They've seen the back of the seat on toilet, the foot, and the surface on floor around toilet. I'm sleeping right there. I'm terrified of diseases. It would suck to die from swollen dead liver and I don't drink.

Form #28-b cont...       9

(6)... As you have probably noticed by now, im a mess over all this. I was in better conditions in Prison. We all deserve humane conditions. Im losing sleep. I've also had several fainting spells or seizures that I have been suffering from since 2006. That being said, it doesnt matter if im housed with anyone or not. The staff dont see it anyway. When I did have an inmate call for help for me, it took twenty minutes for a response. If that were a heart attack or stroke, I would be in really bad shape or dead. Hopefully I get out of here before anything like that happens, I pray!

(H) I lost a truck, my clothes, my tools, two jobs so far, and all my pictures of my kids pictures and videos. My oldest is twenty five years old. all gone! I lost my reputation with my family that ive been working so hard to earn back since prison over domestic with my ex. I need redemption. I've had to put up with the smell of solid waste and urine smells day in and day out. My patience tested by OCD patient for over a month. Inadequate law library we have to write all the information down on to blank paper. We only get paper cart tuesday, thursday, and sunday. You miss paper cart cause you are in shower, or nurse station or just over sleep. you wont even get toilet paper til the next paper cart day. When you ask for paper, you will only get two or three pieces at a time, so imagine how many days it took to write this letter. We have to ask for addresses, phone numbers and any other information, from the officers on duty. They get to it whenever they feel like it. Some of them never get to it but luckily there is some very good sheriffs here like one in particular, named Boiling. I beleive that hasn't forgot we are humans. He deserves a raise. He goes out of his way to assist and there is others. I am suffering from anxiety knowing I have to return to the world stripped of even my clothes and it will more than likely be winter again. The portions of food in here are scarce and im starving. Im sure ive lost ten pounds or more. Im sure my Facebook account is compromised and several email accounts I kept logged in on my Amazon tablet which Ms. Gallegos has and im sure claims is hers but I can prove that

Form #28-b cont...                    10

(H)... when I get out and log into my Amazon account. She doesn't know that email account. I do want to pursue civil action against her and her ex-landlord also when I get out. If allegations are true, he filmed us intimately in her bedroom and that is invasion of privacy and alledgedly this was viral but I don't know what I can believe with Ms. Gallegos. I know police are involved and that landlord has done a few things. He is the owner and landlord of Ponderosa Hill apts. on 20th and Reed behind motor vehicle. I have yet to get his name. According to Ms. Gallegos and a lawyer named Burnes on her case, its a hefty law suit. She is jeapardicing by lying or exaggerating. As for me, I have a clean clear case, no lies or exaggerations if Lakewood retrieved cameras from apartment and we were filmed having sex, showering, etc. I will need assistance on a civil suit against her and him. Her for false accusations in 2016 already dismissed and for this case in which if they railroad me, I will appeal and a jury will hear these witnesses. I'm so stressed out being in here. I have nothing when I get out. All I will have is the clothes I came in. I'm terrified to get out in winter. I am willing to work with landlord on a settlement and destruction of the videos if true. Ms. Gallegos is diabolical. Another undue hardship is being locked up and I can not get exact addresses of witnesses. There is two more unmentioned witnesses named Kevin and Lisa that tried to warn me that Terri was lying the first time I got arrested about landlord sexually assaulting her, drugging her, and hacking her phones. Why am I arrested just boggles my mind if this ex-landlord has been accused of all these things. Same apartment, same county, same prosecutors office. I dont know if its racism or rich poor thing. I just wanna get back to finishing my parole work, my kids, and what I was doing. I was doing good. Now im starting from scratch stripped of everything literally. Ive been homeless from the first arrest and she was with me the whole time. Even up to moving in the new apartment I refused to move into with her because of all of it coming to light. Lies unraveled and half truths come to full. I'm being punished because I was gonna pursue whoever damaged me. Her, ex-landlord, whatever. Legally, through the courts.

(I) American law allows criminal penalties and substential civil damages for false statements, false imprisonment, damaging an ...

Form #28-b cont...                                    11

(I)...Individual. When trial is complete for 2017 alledged accusations I hopefully successfully prove Ms. Gallegos acted with desire to cause pain or injury to "I" another being. That is with knowledge that her statements are untrue and with reckless disregard for the truth, our Just courts, and all parties affected by her actions. Plaintiff can be liable and not so much my Justice system can be held liable with having acted maliciously.

I know lots of Constitutional provisions can relate to some form of government or court discrimination. I still want protection, (basic) from Jefferson County Courts, jailers, officers, and those under oath to protect me and uphold the law of the land, and government at all levels, from "deny[ing]" the equal protection of the laws and assistance from all agencies available to help come to remedy or fair cause. The Bill of rights (which "gaurentees" individual liberties with respect to the federal government) doesn't "literally" contain an equal protection clause. It instead has a "component" which contains an implicit equal protection, that without due-process of law, the Supreme Court ruled that the fifth amendment's prohibition against the federal government depriving "Americans" of life, liberty, or property, has equal protection.

A right against autocratic tyranny or arbitrary government by one person having unlimited power. (against arbitrary treatment). It is illogical and bad policy for government to be able to discriminate against Americans. Anyone or "Persons" within jurisdiction of the government entity passing a law or acting on one has right to equal protection. Even non-citizens, corporations, and associations which are treated as fictional but significantly, "Americans" under the law. The courts seem to be more strict in analyzing laws that would change governments own obligations to the detriment of individuals, Americans, or free men.

I am not a fiction the county should be able to just package up in a box and store away for rents, ransoms, like chattel property. I am a living, breathing, god fearing spirit, or soul, and my body is my property.

It breaks my heart after all these years, United States of America is still using humans as valuable interests as in chattel property.

Form#28-b cont...              12

(I)... Manipulating the constitutions making them null and protecting no one by way of no proper procedures where needed or inadequate procedures our courts remain hush about. Example: "right to reasonable bond", Conflict: "parole hold". Laws impairing the obligations of contracts or vice-versa. Parole holds are impairing law and conflict Due process. All the way around the county generating commerce from it. The capturing of private property, "our bodies", and generate commerce which paints highways, tends to parks, builds bridges for public use-etc.

The fifth amendment forbids the "taking of private property for public use without just compensation". Among the relatively few individual rights protections in the original Constitution is language in Article I, Section 10, Clause forbidding states from passing those laws "impairing" the laws of contracts or obligations there of. My body is my private property.

The Substantive protections of the due-process clauses restrict governments, courts, ultimate ability to deprive a wide range of persons of a broad array of liberty interests. It includes bodily restraint.

I am limited on my physical liberty due to incarceration. And mainly the parole hold caused by the alledged charges. The Parole hold is not from parole violation. I was picked up by Jefferson county upon completion of a five day quick and swift turn around for minor technical parole violations. No new charges. This alledged allegations created the parole hold. I can not use freedom of action to work and pay a competent lawyer to defend me and make sure procedural protections are all followed and I need to be sure the jury is made fully aware that any reasonable doubt I committed these allegations, they must rule not guilty if Substantial. As it stands now, Ms Gallegos is using false last name, lied before, and over all credibility is not too promising on her behalf.

No one is above the law and that is under the standard of knowingly or unknowingly violating the laws. Ignorance of the law is not an excuse especially those under oaths to uphold the law of the land. Ms. Gallegos is a threat to my life, liberty, and property. She is using our cherished court system as the terrorist. A mockery.

Form#28-b cont...                                    13

(J)... Jefferson County courts remain hush about not administering justice by due process that checks and balances such mockery of our justice system. Routine practices and repeat behaviours in our court rooms. Then they arm MS. Gallegos with more ammunition. A restraining order for more manipulation power.

This should be considered homeland terrorism when someone can use so much paper terror against another with no facts, proof, lies, repeat fraud, etc. Destruction of life, liberty, and property. It's scary starting over again, especially in this economy and with the pain and suffering of being innocent on top of it all. This sucks.

Parole holds are sanctions, go against right to bail or conflicting powers that should be concurrent with law, (supreme law), and or Federal, State, and County. These charges are alledged conduct or misconduct without appropriate procedures for proving misdeeds until a trial and jury decides. I should have been able to pay bond for charges and maintained employment to be able to pay for competent lawyer. I will be held captive until November on parole hold.

Ms. Gallegos has received all kinds of assistance, counsel, and benefit of doubt. Received much help from outside agencies and advocates. I am the person on the burdened, (not benefitted), side of the line but seem "simerly situated", (seem as deserving as) the persons or entities on the other side of the line. I am not receiving adequate counsel, victim advocate assistance, emergency funding, Government benefits, re-embursed for loss, like the plaintiff MS. Gallegos. Burdens for certain persons and does not burden other persons is incentive for one and hardship for the other. "Motives" for Jefferson County, it looks like an incentive to keep me in this facility generating commerce.

(K) State prison authorities claimed that temporary race based assignments gave staff time to investigate gang affiliations to avoid violence. Inmates of their race for 60 days. Even though avoiding gang violence seems to be a very compelling interest

Form #28-b cont... 14

(K)...especially in over crowded prisons, A seven justice majority held that the policy was not necessary to acheive the states goals. (Johnson v. California, 543 U.S. 499 (2005). Failed strict scrutiny.

In maximum security in Jefferson county jail is seperating whites, African Americans, a Mexicans, housing them by assumed class or races. I am not an African American! I am an American! A freeborn individual of the Moton family in the state of Colorado. I reject racial segregation. Brown v. Board of education of Topeka, 347 U.S. 483 (1954), unanimously and courageously established that official segragation of the races in alledgedly "seperate but equal" schools and other public facilities was inherently discriminatory in violation of the equal-protection guarantees in the fifth and fourteenth amendments.

There is no excuse for Jefferson county jail's segregation in maximum security pods. Korematsu v. united States, 323 U.S. 214 (1944)

This is about justice, patriotism, and duty to correct wrongs for others in the future. It is also to remind our servants of these oaths and why we must uphold those things many Americans died for. The safety and good for my community, state, and country. For those housed in inhumane conditions under protest and duress.

It is not about profits or financial gain. It is personal, and responsibility too, due to undue hardship, selective prosecution, and laziness of some of our staff or servants. They need a reminder from time to time of who we are. We are Humane, beleive in fair treatment, of all people, and we are humans first, Americans second. All due respect for several out-standing Sheriffs here at Jeffco, that are truly God sent and are excellent candidates wearing the sheild. There is quite a few remarkable Sherrifs and specialists that help some of us weather the storms.

Sincerely,

*[signature]*

Form #28-b cont...                    15

(4) I asked the deputies to make three copies of everything. They only returned the odd pages in copies. I also kited for them to verify account balance sheets and copy them too but they are not filled in but copied. I would like to add mail tampering to the complaint, more anxiety. Luckily I was prepared for this and an inmate was released that just won a million from this countie's illegal activities has true copies of everything done. Tampering with legal mail is federal I believe. I can not get accounts verified. They wont sign the kites either. I am sending copy of kite too. I am missing even pages to copies and all but three pages to one copy. If anything is missing, I was ready for this. Another charge this county needs is for the workers here not to be in charge of legal mail. I will get the name of the officer I gave this packet to. He is one of the bad ones. I have been indigent since arrest. I owe a 30$ booking fee, so I am minus. They also would not notarize the form 11's, Motion to waive filing fees. I'm sure its to frustrate me considering I have to wait on them to get things done. I'm out of speedy trial time due to mis-deeds of Jefferson county. I will attempt to get accounts verified and motion to waive filing fee forms signed. It is now 9/12/2017 I waited all day for return of copies. Signs of some of the tyranny of some of the officers. It appears they kept a copy. I got a page 7 to a copy. (Theft) (Harassment)

Sincerely

Akala Lamone Moton

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:** ☐ Inmate Services  ☑ Watch Supervisor  ☐ Jail Counselor

☐ Chaplain  ☐ Public Defender  ☐ Other _____ (EXPLAIN)

I/D Name (Please Print): AKALA Moton

I/D Signature: _____

Module: 7D  Cell: 5  JCID: P01103925  Booking#: ____  Date/Time: 8/17/17

REASON: Even if I have to move to maximum please get me off this floor and away from this OCD patient. Being on the floor is one thing, getting stepped over 1000 times a day rdr. less ≠ Av.a.z is okay but irritating.

Received by (Module Staff) X _____  Date/Time: 8/17/17 0751

DISPOSITION By Staff Member _____  Date/Time: 8/17/17 0855

Due to your status and history, counseling has required you to have a cellmate. ~~[redacted]~~ Medical has also slotted you for a lower level/bunk for the duration of your stay. Please contact Medical/Counseling if you would like to address these status limitations.

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

---

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:** ☐ Inmate Services  ☑ Watch Supervisor  ☐ Jail Counselor

☐ Chaplain  ☐ Public Defender  ☐ Other _____ (EXPLAIN)

I/D Name (Please Print): Akala Lamont Moton

I/D Signature: _____

Module: 7D  Cell: 15  JCID: P01103925  Booking#: ____  Date/Time: 9/11/2017

REASON: The two form #11's I need notarized if possible. I need three copies of everything. 3 copies of form 11; 12; 28-b, and fifteen page front and back of continued penned form 28-b. I need account balances and signatures

Received by (Module Staff) X _____  Date/Time: _____

DISPOSITION By Staff Member _____  Date/Time: _____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514